IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| ROLAND I. KEHANO, #A0134841, | ) | CIV. NO. 13-00407 HG/KSC |
| | ) | |
| Petitioner, | ) | ORDER TRANSFERRING PETITION |
| vs. | ) | |
| | ) | |
| NOLAN ESPINDA, et al., | ) | |
| | ) | |
| Respondents. | ) | |
| _____ | ) | |

## ORDER TRANSFERRING PETITION

Before the court is Roland I. Kehano's "Request [for] Permission to Enter the U.S. Supreme Court," which is construed as a petition for writ of habeas corpus under 28 U.S.C. § 2254. *See* ECF No. 1. Kehano again challenges his 1994 state conviction, now apparently alleging that state officials conspired with his attorney to illegally convict him. Kehano has already unsuccessfully challenged his state convictions. *See Kehano v. Corr. Corp. of Am.*, Civ. No. 04-00376 HG (finding Kehano's claims are timebarred); *Kehano v. Dep't of Public Safety*, Civ. No. 05-00339 HG (seeking permission from this court to file second or successive petition); *Kehano v. Raffetto*, Civ. No. 09-00379 JMS (transferring action to appellate court); *Kehano v. Espinda*, Civ. No. 12-00526 JMS (same).

By requesting permission to file, Kehano apparently concedes that this is a second or successive petition. Kehano may seek authorization to file a second or successive petition only in the court of appeals. *See* 28 U.S.C. § 2244(b)(3)(A);

*Woods v. Carey*, 525 F.3d 886, 888 (9th Cir. 2008).  Without appellate certification, this court lacks subject matter jurisdiction to consider Kehano's petition.  *See Burton v. Stewart*, 549 U.S. 147, 152-53 (2007).

   The petition and accompanying documents are TRANSFERRED to the United States Court of Appeals for the Ninth Circuit pursuant to 28 U.S.C. § 1631.  Any pending motions are DENIED without prejudice to renewing them in the Ninth Circuit Court of Appeals.  The Clerk of Court is directed to close this case and transfer all original documents to the Ninth Circuit Court of Appeals.

   IT IS SO ORDERED.

   DATED: September 3, 2013, Honolulu, Hawaii.



/S/ Helen Gillmor
_____
Helen Gillmor
United States District Judge

*Kehano v. Espinda*, Civ. No. 1:13-cv-00407 HG;
G:\docs\kelly\Orders\Denise\13cv407.Kehano v. Espinda.trsf to 9th Circuit.wpd